**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SACV 16-01841-CJC(KESx)                    Date:  February 28, 2019

Title: <u>MISSION VIEJO FLORIST INC. V. ORCHARD SUPPLY COMPANY LLC</u>

PRESENT:

### <u>HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE</u>

<u>Gabriela Garcia</u>                                        <u>Debbie Hino-Spaan</u>
Deputy Clerk                                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Steven Young                                        Phillip Eskenazi
                                                   Alexandrea Young

**PROCEEDINGS: ORDER GRANTING DEFENDANT'S MOTIONS *IN LIMINE* [Dkts. 120, 121, 122, 123], DENYING AS MOOT PLAINTIFF'S MOTION *IN LIMINE* [Dkt. 124], VACATING PRE-TRIAL CONFERENCE AND TRIAL, AND DIRECTING DEFENDANT TO FILE MOTION FOR SUMMARY JUDGMENT**

On February 28, 2019, the Court held a hearing on Defendant's motion *in limine* to preclude the testimony of Plaintiff's damages expert, Deborah Dickson.  (*See* Dkt. 120.)  For the reasons stated in the Court's concurrently issued order, the motion is **GRANTED**.  Because the Court grants Defendant's motion to exclude Plaintiff's damages expert, Plaintiff's motion to exclude Defendant's rebuttal expert is **DENIED AS MOOT**.  (*See* Dkt. 124.)  Plaintiff does not oppose Defendant's other three motions *in limine*.  (See Dkt. 121, 122, 123; *cf.* Dkt. 130, 131, 132.)  Accordingly, the motions are **GRANTED**.

The Court hereby **VACATES** the pre-trial conference set for March 4, 2019 at 3:00 p.m. and the trial set for March 12, 2019 at 8:30 a.m.  (*See* Dkt. 113.)  The Court **DIRECTS** Defendant to file a motion for summary judgment on the ground that Defendant is entitled to summary judgment because there is no evidence of damages.

//

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SACV 16-01841-CJC(KESx)                    Date: February 28, 2019
                                                     Page 2

---

Defendant shall file its motion by **March 18, 2019**.  Plaintiff's opposition is due **March 25, 2019**.  Defendant's reply is due **April 1, 2019**.  The motion is set for hearing on **April 15, 2019 at 1:30 p.m.**

sa

MINUTES FORM 11
CIVIL-GEN

|  | 0 | : | 38 |
|---|---|---|---|
| Initials of Deputy Clerk | gga | | |