Steven R. Young, Atty. Bar #96258.
LAW OFFICES OF STEVEN R. YOUNG
Civil Justice Attorneys
600 Anton Blvd., Suite 650
Costa Mesa, California 92626
Tele: (714) 673-6500   Fax: (714) 545-0355
Email: syoung@juryattorney.com

Attorney for Plaintiff Mission Viejo Florist, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISSION VIEJO FLORIST, INC., a California Corporation,<br><br>                              Plaintiff,<br><br>        v.<br><br>ORCHARD SUPPLY COMPANY, LLC, a North Carolina Limited Liability Company; DOES 1-10, inclusive,<br><br>                              Defendants. | CASE NO. SACV 16-01841-CJC (KESx)<br><br>PLAINTIFF'S APPLICATION FOR AN ORDER DISMISSING THIS ACTION WITHOUT PREJUDICE; DECLARATION OF STEVEN R. YOUNG; MEMORANDUM OF POINTS AND AUTHORITIES.<br><br>[Proposed order lodged herewith] |

TO THE COURT, THE PARTIES HEREIN, AND THEIR ATTORNEYS OF RECORD:

Plaintiff Mission Viejo Florist moves the court, pursuant to **Federal Rules of Civil Procedure**, Rule 41(a)(2) for an order dismissing this action *without prejudice* and on such terms and conditions as the court deems proper. Defendant Orchard Supply filed an answer in this action on June 6,

**PLAINTIFF'S APPLICATION FOR AN ORDER DISMISSING THIS ACTION WITHOUT PREJUDICE; DECLARATION OF STEVEN R. YOUNG; MEMORANDUM OF POINTS AND AUTHORITIES**

2018 [Dkt. 95], but made no counterclaim against plaintiff. Plaintiff submits that Defendant will not suffer substantial prejudice by the dismissal of this action, *without prejudice*.

DATED: March 1, 2019                    LAW OFFICES OF STEVEN R. YOUNG


                                        STEVEN R. YOUNG
                                        Attorney for Plaintiff Mission Viejo
                                        Florist, Inc., a California Corporation

---

2

**PLAINTIFF'S APPLICATION FOR AN ORDER DISMISSING THIS ACTION WITHOUT PREJUDICE; DECLARATION OF STEVEN R. YOUNG; MEMORANDUM OF POINTS AND AUTHORITIES**

# DECLARATION OF STEVEN R. YOUNG

I, Steven R. Young, declare:

1. I am a principal in the law offices of Steven R. Young. I know the matters herein declared on my personal knowledge and will so testify under oath if required to do so.

2. I am an attorney, licensed by the State Bar of California since December 1980, and by the Washington State Bar Association since 1990. I am admitted to practice before all federal courts in the state of California and the Eastern District of Washington.

3. I am the plaintiff's attorney in this action.

## FEDERAL RULES OF CIVIL PROCEDURE, RULE 41(A)(2) ELEMENTS

4. I request that the court issue an order, in accordance with Rule 41(a)(1), granting dismissal without prejudice of this action.

5. Plaintiff Mission Viejo Florist filed this action in the Orange County Superior Court on September 27, 2016.

6. Defendant Orchard Supply filed papers to remove this matter from the state court to this court on October 4, 2016 [Dkt. 1 - 5].

7. On October 12, 2016, Plaintiff moved for preliminary injunction

3

**PLAINTIFF'S APPLICATION FOR AN ORDER DISMISSING THIS ACTION WITHOUT PREJUDICE; DECLARATION OF STEVEN R. YOUNG; MEMORANDUM OF POINTS AND AUTHORITIES**

[Dkt. 12].

8.    On May 16, 2018, Plaintiff filed a first amended complaint [Dkt. 83] and Defendant filed an answer to first amended complaint on June 6, 2018 [Dkt. 95].

9.    Thereafter, on July 23, 2018, Defendant filed a motion for partial summary judgment [Dkt. 96]. On August 16, 2018, the Court issued its Order Denying in Part and Granting in Part Defendant's Motion for Partial Summary Judgment [Dkt.111].

10.    Defendant has not filed a counterclaim in this action.

11.    At present, Defendant has answered the complaint herein and no dispositive motion is pending.

12.    This matter is not a class action, a derivative action, an action involving an unincorporated association, nor has the Court appointed a receiver.

I declare under penalty of perjury that the foregoing is true and correct.

Executed March 1, 2019, at Costa Mesa, California.

Steven R. Young, Declarant

4

**PLAINTIFF'S APPLICATION FOR AN ORDER DISMISSING THIS ACTION WITHOUT PREJUDICE; DECLARATION OF STEVEN R. YOUNG; MEMORANDUM OF POINTS AND AUTHORITIES**

## MEMORANDUM OF POINTS AND AUTHORITIES

### 1.    STATEMENT OF FACTS / PROCEDURAL POSTURE

Plaintiff Mission Viejo Florist filed this action in the Orange County Superior Court on September 27, 2016. Defendant Orchard Supply filed papers to remove this matter from the state court to this court on October 4, 2016 [Dkt. 1 - 5]. On October 12, 2016, Plaintiff moved for preliminary injunction [Dkt. 12].

On May 16, 2018 Plaintiff filed a first amended complaint [Dkt. 83] and Defendant filed an answer to first amended complaint on June 6, 2018 [Dkt. 95]. Thereafter, Defendant filed a motion for partial summary judgment Dkt. 96] on July 23, 2018. On August 16, 2018, the Court issued its Order Denying in Part and Granting in Part Defendant's Motion for Partial Summary Judgment [Dkt.111].

Defendant has not filed a counterclaim in this action. At present, Defendant has answered the complaint herein and no dispositive motion is pending. This matter is not a class action, a derivative action, nor an action involving an unincorporated association. Appointment of a receiver has not been sought nor granted in this action.

### 2.    FEDERAL RULES OF CIVIL PROCEDURE, RULE 41(A)(2) AUTHORIZES THIS COURT TO ORDER DISMISSAL OF THIS ACTION *WITHOUT PREJUDICE.*

PLAINTIFF'S APPLICATION FOR AN ORDER DISMISSING THIS ACTION WITHOUT PREJUDICE; DECLARATION OF STEVEN R. YOUNG; MEMORANDUM OF POINTS AND AUTHORITIES

**Federal Rules of Civil Procedure**, Rule 41(a)(2) empowers the court to grant an order dismissing this action *without prejudice* and on such terms and conditions as the court deems proper:

> "(2) By Court Order; Effect. Except as provided in Rule 41(a)(1),[1] an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper. If a defendant has pleaded a counterclaim before being served with the plaintiff's motion to dismiss, the action may be dismissed over the defendant's objection only if the counterclaim can remain pending for independent adjudication. Unless the order states otherwise, a dismissal under this paragraph (2) is without prejudice." [**Federal Rules of Civil Procedure**, Rule 41(a)(2)]

Defendant has answered the complaint herein. Defendant has not filed a counterclaim in this action. Defendant has not filed a dispositive motion that is presently pending. This matter is not a class action, a derivative action, nor an action involving an unincorporated association. Appointment of a receiver has not been sought nor granted in this action. Based thereon, the court can order this matter dismissed *without prejudice*. Plaintiff prays

---

[1] That provision provides: "Without a Court Order. Subject to **Rules 23(e)** [*Class Actions*: dismissal requires - notice to all class members who would be bound by the proposal, court approval after a hearing and only on finding that it is fair, reasonable, and adequate, the relief provided for the class is adequate, and the proposal treats class members equitably relative to each other], **23.1(c)** [permitting dismissal of an action involving *derivative claims* only upon notice to shareholders or members in accordance with court order], **23.2** [permitting dismissal of actions relating to *unincorporated associations* only in compliance with Rule 23(e)], and **66** [*actions involving receivers* can only be dismissed by court order].

**PLAINTIFF'S APPLICATION FOR AN ORDER DISMISSING THIS ACTION WITHOUT PREJUDICE; DECLARATION OF STEVEN R. YOUNG; MEMORANDUM OF POINTS AND AUTHORITIES**

that the court do so.

DATED:  March 1, 2019                    LAW OFFICES OF STEVEN R. YOUNG

STEVEN R. YOUNG
Attorney for Plaintiff Mission Viejo
Florist, Inc, a California Corporation

PLAINTIFF'S APPLICATION FOR AN ORDER DISMISSING THIS
ACTION WITHOUT PREJUDICE; DECLARATION OF STEVEN R.
YOUNG; MEMORANDUM OF POINTS AND AUTHORITIES