JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

MISSION VIEJO FLORIST, INC.,

        Plaintiff,

  v.

ORCHARD SUPPLY COMPANY, LLC, et al.,

        Defendants.

Case No.: SACV 16-01841-CJC(KESx)

JUDGMENT

//

This action came on for hearing before the Court, on April 15, 2019, on a Motion for Summary Judgment, and the evidence presented having been fully considered, the issues having been duly heard, and a decision having been duly rendered,

**IT IS ORDERED AND ADJUDGED** that the Plaintiff take nothing, that the action be dismissed on the merits, and that the Defendant recover its costs.

DATED: April 15, 2019

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE